Opinion issued March 29, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00170-CV

———————————

AAACTION
PLUMBING OF TEXAS, INC. dba KELLEY PLUMBING SERVICES,
Appellant

V.

AT&T ADVERTISING L.P. d/b/a
AT&T YELLOW PAGES, Appellee



 



 

On Appeal from the County Civil Court at Law No. 2

Harris County, Texas



Trial Court Cause No. 990512

 



MEMORANDUM OPINION

Appellant has filed a “Notice of Withdrawn Appeal,”
stating “that Appellant desires to withdraw the appeal with prejudice to
re-filing.”  The Court construes this
notice as a motion to dismiss the appeal. 
No opinion has issued. 
Accordingly, we grant the motion and dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.

PER CURIAM

Panel
consists of Justices Jennings, Massengale, and Huddle.